■■■■■■■

Same case below, 380 Fed. Appx. 63.

**No. 10-6181. John Thomas Moss, Petitioner v. Arkansas.**

562 U.S. 986, 131 S. Ct. 425, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8248.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2010 Ark. 284.

**No. 10-6270. James Turner, Petitioner v. Florida.**

562 U.S. 987, 131 S. Ct. 426, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8242.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 37 So. 3d 212.

**No. 10-6199. Robert E. Dillard, Petitioner v. South Carolina.**

562 U.S. 986, 131 S. Ct. 426, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8131.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 10-6276. James S. McClellan, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 987, 131 S. Ct. 426, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8172, ■■■■■

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6227. Debra Williams, aka Margaret McCarthy, Petitioner v. Aristedes W. Zavares, Executive Director, Colorado Department of Corrections, et al.**

562 U.S. 987, 131 S. Ct. 426, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8174, ■■■■

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-6279. Carol Craig, Petitioner v. California.**

562 U.S. 987, 131 S. Ct. 426, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8278.

October 18, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-6262. William McMillon, Petitioner v. Malcolm Culley, Superintendent, Livingston Correctional Facility.**

562 U.S. 987, 131 S. Ct. 426, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8258.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-6285. Sap Kray, Petitioner v. Patrick Glebe, Superintendent, Stafford Creek Corrections Center, et al.**

562 U.S. 987, 131 S. Ct. 427, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8279.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.